IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORLENE CHANDLER,

        Plaintiff,

v.

GOPLUS, CORP. & WEI WU

        Defendants.

Case No. 4:17-cv-00134-WTM-GRS

### ORDER STAYING DISCOVERY

Upon consideration of Defendant GoPlus Corp.'s Unopposed Motion to Stay Discovery required by Federal Rules of Civil Procedure 16 and 26, and for good cause shown, the same is hereby GRANTED. The deadlines for completing the Rule 26(f) early planning conference, serving the Initial Disclosures, and filing the Joint Preliminary Report and Discovery Plan are hereby stayed until thirty (30) days after the Court enters a final ruling on GoPlus Corp.'s Motion to Dismiss.

IT IS SO ORDERED, this 25th day of July, 2017.

_____
Honorable G.R. Smith
United States Magistrate Judge
Southern District of Georgia
Savannah Division