IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORLENE CHANDLER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-134
)
GOPLUS, CORP. and WEI WU, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Notice of Voluntary Dismissal Without Prejudice by Stipulation. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**.[1] Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of September 2017.

_/s/ William T. Moore, Jr._
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendant Goplus, Corp.'s Motion to Dismiss (Doc. 4) is **DISMISSED AS MOOT**.